[No. 5121–4–II.   Division Two.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
A. CAMERON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. C–990, Carol A. Fuller, J., entered October 29,
1980. *Affirmed* by unpublished opinion per Petrich, A.C.J.,
concurred in by Petrie and Worswick, JJ.

[No. 10023–8–I.   Division One.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ANTONIO SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–05311–8, Terrence A. Carroll, J., entered
February 27, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Corbett,
J.

[No. 10688–1–I.   Division One.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
E. VORISE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–02638–1, David W. Soukup, J., entered
August 25, 1981. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Corbett, JJ.

[No. 9956–6–I.   Division One.   November 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY
ROY BUSH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03522–0, Anthony P. Wartnik, J.,
entered January 15, 1981. *Affirmed* by unpublished opinion
per Andersen, C.J., concurred in by Swanson and Corbett,
JJ.